UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>    v.<br><br>I.C. SYSTEMS, INC.,<br><br>        Defendant. | Case No. 15-cv-01562-JST   (ADR)<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

      The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at cand.uscourts.gov/adr.)

      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: 7/9/2015

_____
Timothy Smagacz
ADR Program Administrator
Tim_Smagacz@cand.uscourts.gov
415-522-4205

**PROOF OF SERVICE**

Case Name: Cupp v. I.C. Systems, Inc.

Case Number: 15-cv-01562-JST United States District Judge

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On 7/9/2015, I served a true and correct copy of:

    Notice Re: Noncompliance With Court Order

[] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:
[] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

Ronald Cupp
150 Raley Town Center, Suite 2512
Rohnert Park, CA 94928

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 7/9/2015 in San Francisco, California.

RICHARD W. WIEKING
Clerk

by:
_____
Timothy Smagacz
ADR Program Administrator
Tim_Smagacz@cand.uscourts.gov
415-522-4205

3