UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>        v.<br><br>I.C. SYSTEMS, INC.,<br><br>    Defendant. | Case No. 15-cv-01562-JST<br><br>**ORDER TO ADDRESS FAILURE TO FILE ADR CERTIFICATION IN CASE MANAGEMENT STATEMENT**<br><br>Re: ECF No. 13 |

The Court is in receipt of a Notice re: Non-compliance with Court Order from Timothy Smagacz, a Program Administrator the Court's ADR Department. ECF No. 13. The order informs the Court that the parties have failed to file an ADR Certification and either a Stipulation and Proposed Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference, as required by the Court's scheduling order. ECF No. 2.

The parties are ordered to comply with these requirements forthwith. They must also address their compliance with these requirements in their joint case management statement due July 15, 2015. See ECF No. 11.

IT IS SO ORDERED.

Dated: July 10, 2015

_____
JON S. TIGAR
United States District Judge