FILED
JUL 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.C. SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-01562-JST<br><br>**SCHEDULING ORDER** |

　　　　The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | March 20, 2015[1] |
| Mediation deadline | October 12, 2015 |
| Fact discovery cut-off | November 20, 2015 |
| Expert disclosures | December 11, 2015 |
| Expert rebuttal | January 8, 2016 |
| Expert discovery cut-off | January 22, 2016 |
| Deadline to file dispositive motions | February 12, 2016 |
| Pretrial conference statement due | April 19, 2016 |

---

[1] Because this date has already passed, amendment of the pleadings requires a showing of good cause and the consent of the Court. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Pretrial conference | April 29, 2016 at 2:00 p.m. |
| Trial | May 23, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Four |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: July 29, 2015

JON S. TIGAR
United States District Judge