UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP<br><br>        Plaintiff,<br><br>   v.<br><br>I.C. SYSTEMS, INC.,<br><br>        Defendant. | Case No. 15-cv-01562-JST   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: October 7, 2015<br>Mediator: Elaine Leitner |

IT IS HEREBY ORDERED that the request to excuse defendant's representative from appearing in person at the October 7, 2015, mediation before Elaine Leitner is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: September 28, 2015

Maria-Elena James
United States Magistrate Judge