UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>        Plaintiff,<br><br>    v.<br><br>I.C. SYSTEMS, INC.,<br><br>        Defendant. | Case No.  15-cv-01562-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 33 |

The parties have filed a stipulation of dismissal dated October 27, 2015.  ECF No. 33. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 27, 2015

                                              JON S. TIGAR<br>                                        United States District Judge